1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                     **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  KEVIN TYRONE FLEMINGS,        )      No. CV 13-4894-CBM (CW)
                                  )
13              Petitioner,       )      JUDGMENT
                                  )
14          v.                    )
                                  )
15  JOHN KATAVICH, Warden,        )
                                  )
16              Respondent.       )
17  _____)
18      **IT IS ADJUDGED** that the petition for writ of habeas corpus is
19  dismissed without prejudice as successive.
20
21  DATED: <u>July 29, 2013</u>
22                                      _____
                                           CONSUELO B. MARSHALL
23                                      United States District Judge
24
25
26
27
28